LAW OFFICE OF SHAWNA L. PARKS
SHAWNA L. PARKS (SBN 208301)
4470 W. Sunset Blvd., Ste. 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239
sparks@parks-law-office.com

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
WILMER J. HARRIS (SBN 150407)
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770
wharris@sdshhlaw.com

Attorneys for Plaintiffs Jagielski-Bazzell, Duran, Hall, Maucere and Johnson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JAGIELSKI-BAZZELL, JANETTE DURAN, RICHARD C. HALL, JR., LAUREN MAUCERE, STEPHANIE JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; MICHELLE KING, Superintendent of the Los Angeles Unified School District, In His Official Capacity; and DOES 1 TO 10, inclusive.<br><br>Defendants.<br>_____ | Case No.: 2:15-CV-2921 BRO (GJSx)<br><br>**Order Dismissing Case Without Prejudice; Retaining Jurisdiction for Limited Purpose of Any Necessary Motion for Attorneys' Fees and Costs** |

**Order**

As explained in Plaintiffs' notice of settlement, the Court hereby dismisses this case without prejudice. Plaintiffs will submit a request for dismissal with prejudice once payment to Plaintiffs is complete, which is anticipated to be on or before November 28, 2016.

Pursuant to the parties' agreement in this matter, this Court retains jurisdiction for the limited purposes of hearing any necessary motion for attorneys' fees and costs, and to enforce payment on any ordered fees and costs, if necessary.

IT IS SO ORDERED.

DATED:  October 6, 2016

_____
Hon. Beverly Reid O'Connell
United States District Judge